UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>APPLESEED'S INTERMEDIATE HOLDINGS, LLC, *et al.*,<br><br>      Debtors.<br><br>_____<br><br>ROBERT N. MICHAELSON, as Trustee of the Appleseed's Litigation Trust,<br><br>      Plaintiff,<br><br>   v.<br><br>GOLDEN GATE PRIVATE EQUITY, INC., *et al.*,<br><br>      Defendants.<br><br>_____<br><br>ROBERT N. MICHAELSON, as Trustee of the Appleseed's Litigation Trust,<br><br>      Plaintiff,<br><br>   v.<br><br>GOLDEN GATE PRIVATE EQUITY, INC., *et al.*,<br><br>      Defendants. | Chapter 11<br><br>Bankruptcy Case No. 11-10160 (KG)<br><br><br><br>Adv. Proc. No. 11-51847 (KG)<br>**AMENDED ORDER GRANTING FBK DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE (Dkt. No. 21)**<br><br><br><br><br><br>HONORABLE JOSEPH E. IRENAS<br><br>  Civ. No. 11-807 (JEI/KM)<br><br>**AMENDED ORDER GRANTING FBK DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE (Dkt. No. 1)** |

**APPEARANCES:**

1

DRINKER BIDDLE & REATH LLP
Howard A. Cohen
Richard S. Kanowitz
1100 North Market Street
Suite 1000
Wilmington, DE 19801
    Counsel for Plaintiff and Golden Gate Defendants

BLANK ROME LLP
Elizabeth A. Sloan
1201 North Market Street
Suite 800
Wilmington, DE 19801
    Counsel for Defendants Jeffrey Farmer, Bradford Farmer,
Brent Bostwick, and Vito Kowalchuk

RICHARDS, LAYTON & FINGER, PA
Drew Gerard Sloan
Robert J. Stearn, Jr.
Mark David Collins
One Rodney Square
920 N. King Street
Wilmington, DE 19801
    Counsel for Golden Gate Defendants


**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon Defendants Bradford J. Farmer, Brent Bostwick, Jeffrey D. Farmer, and Vito Kowalchuk's ("FBK Defendants") Motion to Withdraw the Reference and Determine Core/Non-Core Status (Civ. No. 11-807, Dkt. No. 1; Adv. Proc. No. 11-51847, Dkt. No. 21-23); and for good cause appearing;

(1) This Court originally ordered the Clerk of the Court to close Civ. No. 11-807 and withdraw the reference to Bankruptcy Court.

(2) However, the Clerk's Office has informed the Court that

all subsequent docket entries should be filed in Civ. No. 11-807 and will not be assigned a new civil action number.  The Court will amend the Order accordingly.


**IT IS** on this ___19th___ day of December, 2011,

> **ORDERED THAT:**
>
> The Clerk of Court shall keep Civ. No. 11-807 open.  The parties are instructed to follow the local rules with respect to future filings.


                              ___/s/ Joseph E. Irenas___
                              JOSEPH E. IRENAS, S.U.S.D.J.