IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>APPLESEED'S INTERMEDIATE HOLDINGS LLC, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 11-10160 (KG)<br><br>Jointly Administered |
| Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>        Plaintiff,<br>v.<br><br>Jeffrey D. Farmer, *et al.*,<br><br>        Defendants. | Civ. No. 11-807 (JEI/KMW) |
| Golden Gate Private Equity, Inc., *et al.*,<br><br>        Counterclaim Plaintiffs,<br>v.<br><br>Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust,<br><br>        Defendants. | Civ. No. 11-807 (JEI/KMW) |
| Jeffrey D. Farmer, Bradford J. Farmer, Brent A. Bostwick and Vito Kowalchuk,<br><br>        Cross Claim Plaintiffs,<br>v.<br><br>Golden Gate Private Equity, Inc., *et al.*,<br><br>        Cross Claim Defendants. | Civ. No. 11-807 (JEI/KMW) |

```
                                          )
Jeffrey D. Farmer, Bradford J. Farmer,    )
Brent A. Bostwick and Vito Kowalchuk,     )
                                          )   Civ. No. 11-807 (JEI/KMW)
            Third Party Plaintiffs,       )
       v.                                 )
                                          )
T. Neale Attenborough, Brenda Koskinen,   )
Claire Spofford, John Civali, Dave Walde, )
American Capital Strategies, Ltd. and Doe )
Defendants 1-15,                          )
                                          )
            Third Party Defendants.       )
                                          )
```

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Robert N. Michaelson, as Trustee of the Appleseed's Litigation Trust (the "Trustee" or "Plaintiff"); the Golden Gate Defendants[1]; the Webster Defendants[2]; The FBK Defendants[3]; Karinn Kelly; T. Neale Attenborough; Brenda Koskinen; Claire Spofford; John Civali; David Walde; and American Capital, Ltd. (f/k/a American Capital Strategies, Ltd.), through their respective attorneys of

---

[1] The "Golden Gate Defendants" are the following individuals and entities: Golden Gate Private Equity, Inc. ("Golden Gate"); Golden Gate Capital Management II, LLC; GGC Administration, LLC; Orchard Brands Corporation f/k/a Appleseed's Topco, Inc. n/k/a OBC Intermediate LLC ("Orchard Brands"); Orchard Brands Topco LLC n/k/a OBC Topco LLC ("Orchard Topco"); Catalog Holdings, LLC; Catalog Holdings, LLC – Series B (Draper's); Catalog Holdings, LLC – Series C (Appleseed's); Catalog Holdings, LLC – Series D (NTO); Catalog Holdings, LLC – Series E (Haband); Golden Gate Capital Investment Fund II, LP; Golden Gate Capital Investment Fund II (AI), LP; Golden Gate Capital Associates II-QP, LLC; Golden Gate Capital Associates II-AI, LLC; CCG AV, LLC; CCG AV, LLC – Series C (GGC Co-Invest); CCG AV, LLC – Series I (Bain); CCG AV, LLC – Series K (K&E); CCG AV, LLC – Series K; Stefan Kaluzny; Joshua Olshansky; Jim Brewster; Geralynn Madonna; and Charles Slaughter, in his individual capacity and as Trustee of The Charles Lewis Slaughter Trust dated December 9, 2003.

[2] The "Webster Defendants" are the following entities: Webster Capital Founders' Fund, L.P.; Webster II, LLC; and Webster III, LLC.

[3] The "FBK Defendants" are the following individuals: Jeffery D. Farmer; Bradford J. Farmer; Brent A. Bostwick; Vito Kowalchuk.

RLF1 7744181v.1

record, representing all parties to this action, that this entire action, including all claims, counterclaims, cross-claims, and third party claims, will be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 7041. Unless otherwise agreed, each party shall bear its own costs, attorneys' fees, and expenses in this matter.

This stipulation may be executed in one or more separate counterparts, each of which, when so executed, shall be deemed to be an original. Digital and/or physical copies of said counterparts shall be effective as originals for all purposes.

Dated: December 21, 2012

*[Counsels' signature pages follow]*

| **DRINKER BIDDLE & REATH LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|

/s/ Robert J. Stearn

| | |
|---|---|
| Howard A. Cohen (No. 4082) | Mark D. Collins (No. 2981) |
| 1100 North Market Street | Robert J. Stearn, Jr. (No. 2915) |
| Suite 1000 | Drew G. Sloan (No. 5069) |
| Wilmington, DE 19801 | Amanda R. Steele (No. 5530) |
| Telephone: (302) 467-4200 | One Rodney Square |
| Facsimile: (302) 467-4201 | 920 North King Street |
| E-mail: howard.cohen@dbr.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| -and- | Facsimile: (302) 651-7701 |
| | Email: Collins@rlf.com |
| **COOLEY LLP** | Stearn@rlf.com |
| Jay R. Indyke | Sloan@rlf.com |
| Richard S. Kanowitz | Steele@rlf.com |
| 1114 Avenue of the Americas | |
| New York, NY 10036 | -and- |
| Telephone: (212) 479-6000 | |
| Facsimile: (212) 479-6275 | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| E-mail: jindyke@cooley.com | Linda Dakin-Grimm (*pro hac vice*) |
| rkanowitz@cooley.com | Sander Bak (*pro hac vice*) |
| | 1 Chase Manhattan Plaza, 46th Floor |
| *Counsel for the Trustee* | New York, New York 10005 |
| | Telephone: (212) 530-5000 |
| | Facsimile: (212) 530-5219 |
| | Email: ldakin-grimm@milbank.com |
| | sbak@milbank.com |

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Robert J. Moore (*pro hac vice*)
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email: rmoore@milbank.com

*Counsel for the Golden Gate Defendants, T. Neale Attenborough, John Civali, and Claire Spofford*

| | |
|---|---|
| **DRINKER BIDDLE & REATH LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Howard C.* | |
| Howard A. Cohen (No. 4082) | Mark D. Collins (No. 2981) |
| 1100 North Market Street | Robert J. Stearn, Jr. (No. 2915) |
| Suite 1000 | Drew G. Sloan (No. 5069) |
| Wilmington, DE 19801 | One Rodney Square |
| Telephone: (302) 467-4200 | 920 North King Street |
| Facsimile: (302) 467-4201 | Wilmington, Delaware 19801 |
| E-mail: howard.cohen@dbr.com | Telephone: (302) 651-7700 |
| | Facsimile: (302) 651-7701 |
| -and- | Email: Collins@rlf.com |
| | Stearn@rlf.com |
| **COOLEY LLP** | Sloan@rlf.com |
| Jay R. Indyke | |
| Richard S. Kanowitz | -and- |
| 1114 Avenue of the Americas | |
| New York, NY 10036 | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| Telephone: (212) 479-6000 | Linda Dakin-Grimm (*pro hac vice*) |
| Facsimile: (212) 479-6275 | Sander Bak (*pro hac vice*) |
| E-mail: jindyke@cooley.com | 1 Chase Manhattan Plaza, 46th Floor |
| rkanowitz@cooley.com | New York, New York 10005 |
| | Telephone: (212) 530-5000 |
| *Counsel for the Trustee* | Facsimile: (212) 530-5219 |
| | Email: ldakin-grimm@milbank.com |
| | sbak@milbank.com |
| | |
| | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| | Robert J. Moore (*pro hac vice*) |
| | 601 S. Figueroa Street, 30th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 892-4000 |
| | Facsimile: (213) 629-5063 |
| | Email: rmoore@milbank.com |
| | |
| | *Counsel for the Golden Gate Defendants, T. Neale Attenborough, John Civali, and Claire Spofford* |

**BLANK ROME LLP**

/s/ *[signature]*

Elizabeth A. Sloan (No. 5045)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street
Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
E-mail: sloan@blankrome.com

**BLANK ROME LLP**
Ian M. Comisky
Earl M. Forte
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5618
Facsimile: (215) 832-5618
E-mail: comisky-im@blankrome.com
     forte@blankrome.com

*Counsel for the FBK Defendants*


**MORRIS JAMES LLP**

Carl N. Kunz, III (No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

*Counsel to Karinn Kelly*

**PEPPER HAMILTON LLP**

David M. Fournier (DE No. 2812)
Michael J. Custer (DE No. 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: fournied@pepperlaw.com
custerm@pepperlaw.com

-and-

**GOODWIN PROCTER LLP**
Michael J. Pappone (*Pro Hac Vice*)
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: mpappone@goodwinprocter.com

**GOODWIN PROCTER LLP**
Andrew B. Levin, Esq., (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: alevin@goodwinprocter.com

*Counsel for the Webster Defendants*

**BLANK ROME LLP**

Elizabeth A. Sloan (No. 5045)
Victoria A. Guilfoyle (No. 5183)
1201 Market Street
Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
E-mail: sloan@blankrome.com

**BLANK ROME LLP**
Ian M. Comisky
Earl M. Forte
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5618
Facsimile: (215) 832-5618
E-mail: comisky-im@blankrome.com
       forte@blankrome.com

*Counsel for the FBK Defendants*

**MORRIS JAMES LLP**

Carl N. Kunz, III (No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

*Counsel to Karinn Kelly*

**PEPPER HAMILTON LLP**

David M. Fournier (DE No. 2812)
Michael J. Custer (DE No. 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: fournied@pepperlaw.com
custerm@pepperlaw.com

-and-

**GOODWIN PROCTER LLP**
Michael J. Pappone (*Pro Hac Vice*)
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: mpappone@goodwinprocter.com

**GOODWIN PROCTER LLP**
Andrew B. Levin, Esq., (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: alevin@goodwinprocter.com

*Counsel for the Webster Defendants*

| BLANK ROME LLP | PEPPER HAMILTON LLP |
|---|---|
| | /s/ David M. Fournier |
| Elizabeth A. Sloan (No. 5045) | David M. Fournier (DE No. 2812) |
| Victoria A. Guilfoyle (No. 5183) | Michael J. Custer (DE No. 4843) |
| 1201 Market Street | Hercules Plaza, Suite 5100 |
| Suite 800 | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 425-6400 | Telephone: (302) 777-6500 |
| Facsimile: (302) 425-6464 | Facsimile: (302) 421-8390 |
| E-mail: sloan@blankrome.com | Email: fournied@pepperlaw.com |
| | custerm@pepperlaw.com |

**BLANK ROME LLP**
Ian M. Comisky
Earl M. Forte
130 N. 18th Street
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5618
Facsimile: (215) 832-5618
E-mail: comisky-im@blankrome.com
forte@blankrome.com

*Counsel for the FBK Defendants*

-and-

**GOODWIN PROCTER LLP**
Michael J. Pappone (*Pro Hac Vice*)
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
Email: mpappone@goodwinprocter.com

**GOODWIN PROCTER LLP**
Andrew B. Levin, Esq., (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
Email: alevin@goodwinprocter.com

*Counsel for the Webster Defendants*

**MORRIS JAMES LLP**

Carl N. Kunz, III (No. 3201)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com

*Counsel to Karinn Kelly*

MACAULEY LLC

_____
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
E-mail: tm@macdelaw.com

-and-

**FOLEY HOAG LLP**
Andrew Z. Schwartz (*pro hac vice*
   application to be filed)
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1155
Facsimile: (617) 832-7000
Email: aschwartz@foleyhoag.com

*Counsel for Dave Walde*

**HOLLAND & KNIGHT**

_____
Elizabeth Mitchell
10 Saint James Avenue
11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

*Counsel for Brenda Koskinen*

**ARNOLD & PORTER LLP**

_____
Justin S. Antonipillai (*pro hac vice* application to be filed)
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email: Justin.Antonipillai@aporter.com

*Counsel for American Capital Strategies, Ltd.*

| | |
|---|---|
| **MACAULEY LLC** | **HOLLAND & KNIGHT** |
| | *Elizabeth Mitchell* (signature) |
| Thomas G. Macauley (No. 3411) | Elizabeth Mitchell |
| 300 Delaware Avenue, Suite 760 | 10 Saint James Avenue |
| Wilmington, DE 19801 | 11th Floor |
| Telephone: (302) 656-0100 | Boston, MA 02116 |
| E-mail: tm@macdelaw.com | Telephone: (617) 523-2700 |
| | Facsimile: (617) 523-6850 |
| -and- | |
| | *Counsel for Brenda Koskinen* |
| **FOLEY HOAG LLP** | |
| Andrew Z. Schwartz (*pro hac vice* application to be filed) | |
| 155 Seaport Boulevard | **ARNOLD & PORTER LLP** |
| Boston, MA 02210-2600 | |
| Telephone: (617) 832-1155 | |
| Facsimile: (617) 832-7000 | Justin S. Antonipillai (*pro hac vice* application to be filed) |
| Email: aschwartz@foleyhoag.com | 555 Twelfth Street, NW |
| | Washington, DC 20004-1206 |
| *Counsel for Dave Walde* | Telephone: (202) 942-5000 |
| | Facsimile: (202) 942-5999 |
| | Email: Justin.Antonipillai@aporter.com |
| | |
| | *Counsel for American Capital Strategies, Ltd.* |

| | |
|---|---|
| **MACAULEY LLC** | **HOLLAND & KNIGHT** |
| Thomas G. Macauley (No. 3411) | Elizabeth Mitchell |
| 300 Delaware Avenue, Suite 760 | 10 Saint James Avenue |
| Wilmington, DE 19801 | 11th Floor |
| Telephone: (302) 656-0100 | Boston, MA 02116 |
| E-mail: tm@macdelaw.com | Telephone: (617) 523-2700 |
| | Facsimile: (617) 523-6850 |
| -and- | |
| | *Counsel for Brenda Koskinen* |

**FOLEY HOAG LLP**
Andrew Z. Schwartz (*pro hac vice*
    application to be filed)
155 Seaport Boulevard
Boston, MA 02210-2600
Telephone: (617) 832-1155
Facsimile: (617) 832-7000
Email: aschwartz@foleyhoag.com

*Counsel for Dave Walde*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

Derek C. Abbott (No. 3376)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
E-mail: dabott@mnat.com

-and-

**ARNOLD & PORTER LLP**
Justin S. Antonipillai (*pro hac vice* application to be filed)
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Email: Justin.Antonipillai@aporter.com

*Counsel for American Capital, Ltd. (f/k/a American Capital Strategies, Ltd.)*